People v Niles (2025 NY Slip Op 00832)

People v Niles

2025 NY Slip Op 00832

Decided on February 13, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 13, 2025

Before: Webber, J.P., Kennedy, Friedman, Mendez, Rodriguez, JJ. 

Ind No. 1305/21 Appeal No. 3686 Case No. 2023-01139 

[*1]The People of the State of New York, Respondent,
v
Azziwah Niles, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Molly Booth of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Noah J. Sexton of counsel), for respondent.

Judgment, Supreme Court, Bronx County (Albert Lorenzo, J., on motion to dismiss; Laurence Busching, J., at plea and sentencing), rendered February 21, 2023, convicting defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the second degree, and sentencing him to a 364-day jail term, unanimously affirmed.
Defendant's voluntary waiver of the right to appeal precludes our review of his claim that his conviction is unconstitutional in light of New York State Rifle & Pistol Assn., Inc. v Bruen (597 US 1 [2022])(see People v Thomas, 34 NY3d 545, 560 [2019], cert denied 589 US __, 140 S Ct 2634 [2020]; People v Johnson, 225 AD3d 453 [1st Dept 2024], lv granted 42 NY3d 939 [2024]).
As an alternative holding, we find that defendant lacked standing to assert the Second Amendment claim (see People v Johnson, 225 AD3d at 455; People v Liriano, 226 AD3d 520, 521 [1st Dept 2024], lv denied 41 NY3d 1019 [2024]) and failed to establish that his conviction was unconstitutional in light of Bruen (see Johnson, 225 AD3d at 455).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: February 13, 2025